```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

CHRISTOPHER DARE,                  )
                                   )
                Plaintiff,         )
                                   )
     v.                            )    No.  13 C 597
                                   )
THOMAS DART, et al.,               )
                                   )
                Defendants.        )
```

## MEMORANDUM ORDER

This Court's February 12, 2013 sua sponte memorandum order was issued to identify some problematic aspects of the 42 U.S.C. §1983 Complaint filed pro se by Cook County Department of Corrections ("County Jail") inmate Christopher Dare ("Dare"). In that order this Court allowed Dare's action to proceed despite the illegibility of the exhibits that he had tendered as evidence that he had assertedly satisfied the 42 U.S.C. §1997e(a) precondition to the filing of any such prisoner's action. Because Dare had also failed to provide the printout of transactions in his trust fund account at the County Jail required by 28 U.S.C. §1915(a)(2), this Court also brought that matter to Dare's attention and sent a copy of the memorandum order to the trust fund office at the County Jail.

Silence has descended since then. Although this Court is willing to await the delivery of legible copies of Dare's grievances (something that defendants should provide through discovery), there is really no reason for Dare's continued

failure to comply with 28 U.S.C. §1915(a)(2).  If Dare fails to submit the required printout of transactions in his trust fund account covering the period from July 1, 2012 to January 13, 2013 on or before April 5, 2013, this action will be dismissed for want of prosecution.

                                                                          _____
                                                       Milton I. Shadur
                                                       Senior United States District Judge

Date:  March 19, 2013